911 A.2d 505

**COMMONWEALTH of Pennsylvania, Respondent,**

v.

**Edward GORDON, Petitioner.**

Supreme Court of Pennsylvania.

Nov. 8, 2006.

## ORDER

PER CURIAM.

**AND NOW,** this 8TH day of November, 2006, the Petition for Allowance of Appeal is hereby GRANTED, limited to the following:

Does it violate the United States and/or Pennsylvania Constitutions when a judge, not a jury, finds by a preponderance of the evidence, not beyond a reasonable doubt, that the defendant has been convicted of two or more "crimes of violence arising from separate criminal transactions" pursuant to 42 Pa.C.S. § 9714?